## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jeff M. Gaslin,

      Plaintiff,                      Civil No. 09-2086 (RHK/RLE)

vs.                                  **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

Shelly Fassler, Mille Lacs Co.
Family Services,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 10, 2009

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge